UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAUREEN SANTINI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-981 (RBW) |
| JAMES RYAN, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
UNDER SEAL AND MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant James Ryan moves for leave to file his motion to dismiss and supporting memorandum of points and authorities under seal. The grounds for the motion are as follows:

1. Plaintiff Maureen Santini has filed an expedited motion for protective order that seeks to require defendant to file under seal his response to her first amended complaint because (a) a certain affidavit in issue allegedly contains private medical and employment information relating to plaintiff; and (b) plaintiff (correctly) assumes that this affidavit will be part of defendant's filing.

2. Although defendant in no way agrees with plaintiff's characterization of the affidavit or of any event or communication described in her motion papers, defendant has no objection to filing his response under seal.

WHEREFORE, defendant prays that his motion for leave to file under seal be granted. A form of order is attached.

2

Respectfully submitted,

_____/s/_____
Charles B. Wayne (# 935858)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2007, a copy of Defendant's Motion for Leave to File Under Seal and Memorandum of Points and Authorities and proposed order were served by first-class mail on Maureen Santini, 5810 Ipswich Road, Bethesda, MD 20814.

_____/s/_____
Charles B. Wayne

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MAUREEN SANTINI,                    )
                                    )
            Plaintiff,              )
                                    )
     v.                             )     Civil Action No. 07-981 (RBW)
                                    )
JAMES RYAN,                         )
                                    )
            Defendant.              )
_____)

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a Sealed Attachment was filed in paper format with the Court.

This document is not available for public viewing.

                                    _____/s/_____
                                    Charles B. Wayne (# 935858)
                                    DLA PIPER US LLP
                                    1200 Nineteenth Street, N.W.
                                    Washington, D.C. 20036
                                    (202) 861-3900
                                    (202) 223-2085 (fax)

June 18, 2007                       *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
MAUREEN SANTINI,                   )
                                              )
            Plaintiff,          )
                                              )
        v.                          )         Civil Action No. 07-981 (RBW)
                                              )
JAMES RYAN,                      )
                                              )
            Defendant.       )
_____)

**ORDER**

Upon consideration of defendant's motion for leave to file under seal, it is hereby

ORDERED that the motion is granted and it is further

ORDERED that defendant's motion to dismiss and supporting memorandum of points and authorities shall be filed under seal.

This ____ day of _____, 2007.

                                                          _____
                                                          Reggie B. Walton
                                                          United States District Judge

Copies to:

Maureen Santini
5810 Ipswich Road
Bethesda, MD  20814

Charles B. Wayne
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C.  20036