United States District Court for the District of Columbia

| | |
|---|---|
| MAUREEN SANTINI,<br>    Plaintiff<br><br>    v.<br><br>JAMES P.A. RYAN,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07-981 RW

## MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR PROTECTIVE ORDER AND MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Maureen Santini, pro se, moves for leave to file under seal the motion for a protective order that she filed with the Clerk on June 13, 2007. At that time plaintiff neglected to file a motion for leave to file under seal and a notice of filing sealed documents. This motion and the accompanying notice cures that defect.

As explained in the motion, plaintiff requests sealing because the affidavit attached to the motion contains information protected by medical privilege and privacy, the publication of which would cause embarrassment. Details are contained in the affidavit and memorandum that accompanied plaintiff's motion.

Plaintiff has no dispute that the affidavit in question is material to this case, but she does dispute that the information should be made public. Medical information, protected by such laws as the Privacy Act, HIPPA, and doctor-patient privilege, should not be transformed into public information simply because it is at issue in a lawsuit.

Accordingly, pursuant to LCvR 5.1(j)(1) plaintiff respectfully moves for leave to file her motion for a protective order and attachments under seal.

RECEIVED

JUN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

June 18, 2007

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the motion for leave to file under seal on June 18, 2007 to:

Charles B. Wayne
DLA PIPER US LLP
1200 19TH Street
Washington DC 20036

*Maureen Santini*
Maureen Santini
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

United States District Court for the District of Columbia

MAUREEN SANTINI,                    )
     Plaintiff                          )
                          )
      v.                               )            Civil Action No. 07-981 RW
                          )
JAMES P.A. RYAN,                     )
     Defendant                          )
                          )
_____ )

## ORDER

Upon consideration of plaintiff's motion for leave to file under seal, it is on this

_____ day of _____ 2007 hereby

ORDERED that the motion is granted and

ORDERED that plaintiff's motion for a protective order and attachments shall be filed under seal.


_____
Reggie B. Walton
United States District Judge


Copies to:

Charles B. Wayne
DLA PIPER US LLP
1200 19TH Street
Washington DC 20036

Maureen Santini
5810 Ipswich Road
Bethesda, MD 20814