UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MAUREEN SANTINI,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 07-981 (RBW)
                                    )
JAMES RYAN,                         )
                                    )
            Defendant.              )
_____)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S**
**EXPEDITED MOTION FOR PROTECTIVE ORDER**

In response to plaintiff's expedited motion for protective order, defendant states as follows:

1. Given that the Court has ordered that plaintiff's motion for protective order and defendant's motion to dismiss complaint be filed under seal, plaintiff's motion is moot, at least in part.

2. To the extent that the parties believe it advisable to have a protective order in this action, they should be given the opportunity to negotiate and agree upon its terms, and to submit it to the Court for entry.

WHEREFORE, defendant asks that plaintiff's motion be denied and that the Court direct the parties to submit an agreed-upon protective order if possible.

2

        Respectfully submitted,

        _____/s/_____
Charles B. Wayne (# 935858)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2007, a copy of Defendant's Response to Plaintiff's Expedited Motion for Protective Order was served by first-class mail on Maureen Santini, 5810 Ipswich Road, Bethesda, MD 20814.

/s/
Charles B. Wayne