United States District Court For the District of Columbia

MAUREEN SANTINI,    )
    Plaintiff    )
        )
v.    )    Civil Action No. 070981 RW
        )
JAMES P.A. RYAN    )
    Defendant    )
        )
_____    )

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S RESPONSE TO PLAINTIFF'S EXPEDITED MOTION FOR A PROTECTIVE ORDER

Defendant Ryan states plaintiff's request for a protective order is moot and further states that the parties should be able to negotiate their own protective order. (Def's Response to Plaintiff's Expedited Motion for Protective Order at 1).

Plaintiff disagrees.

The fact that the Court permitted the parties to file individual documents under seal does not in any way moot the motion. It seems more likely that the Court allowed the individual documents to be filed under seal pending a decision on the motion. Plaintiff believes a protective order is warranted for the reasons set forth in her expedited motion, hereby incorporated by reference.

Ryan's suggestion that the parties try to negotiate a protective order of their own is a nonstarter for two reasons. First, Ryan's proven indifference to protecting plaintiff's confidentiality is at the heart of this lawsuit as detailed in the amended complaint, hereby incorporated by reference.

**RECEIVED**

JUL 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Second, plaintiff asked Ryan's counsel for voluntary agreement before filing the expedited motion for a protective order and he refused, as plaintiff explains in the sworn affidavit attached to the expedited motion for a protective order.

For the reasons stated above, plaintiff renews her request for a protective order as detailed in the expedited motion.

*Maureen Santini*
Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of plaintiff's opposition to defendant's response to plaintiff's expedited motion for a protective order on June 28, 2007 to:

Charles B. Wayne
DLA Piper Rudnick
1200 19th Street
Washington DC 20036

*Maureen Santini*
Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101