United States District Court for the District of Columbia

| | |
|---|---|
| MAUREEN SANTINI,<br>Plaintiff<br><br>v.<br><br>JAMES P.A. RYAN,<br>Defendant | )<br>)<br>)<br>)  Civil Action No. 07-981 RW<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 4 ACCOMPANYING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Plaintiff moves for leave to file under seal exhibit 4 in her opposition to defendant's motion to dismiss. The opposition paper was filed on July 2, 2007.

The exhibit in question is among the documents designated as confidential in a pending D.C. Superior Court case, *Santini v. Herman and Grove*. As such, it is subject to the Court-imposed confidentiality order. (See Exhibit I in Ryan's Motion to Dismiss for the complete confidentiality order.)

Plaintiff erred in filing the document on the public record and moves the Court to seal the exhibit. If sealing of an individual exhibit is not permitted, plaintiff requests sealing of her opposition paper.

Accordingly, pursuant to LCvR 5.1(j)(1) plaintiff respectfully moves for leave to file under seal either exhibit 4 or the entire opposition paper at the Court's discretion.

Respectfully submitted,

Maureen Santini, pro se
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

July 7, 2007

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the motion for leave to file under seal on July 7, 2007 to:

Charles B. Wayne
DLA PIPER US LLP
1200 19TH Street
Washington DC 20036

*Maureen Santini*
Maureen Santini
5810 Ipswich Road
Bethesda, MD 20814
301.530.0101

United States District Court for the District of Columbia

| | |
|---|---|
| MAUREEN SANTINI,<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>JAMES P.A. RYAN, )<br>Defendant )<br>)<br>_____ ) | Civil Action No. 07-981 RW |

### ORDER

Upon consideration of plaintiff's motion for leave to file under seal, it is on this _____ day of July 2007 hereby

ORDERED that plaintiff's motion is granted and

ORDERED that exhibit 4 in plaintiff's opposition to defendant's motion to dismiss is hereby filed under seal **OR**

ORDERED that plaintiff's opposition to defendant Ryan's motion to dismiss is hereby filed under seal.

 

                                              _____
                                              Reggie B. Walton
                                              United States District Judge

Copies to:

Charles B. Wayne
DLA PIPER US LLP
1200 19TH Street
Washington DC 20036

Maureen Santini
5810 Ipswich Road
Bethesda, MD 20814

# EXHIBIT 4
# SEALED