UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
MAUREEN SANTINI,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    Civil Action No. 07-981 (RBW)
                                    )
JAMES RYAN,                         )
                                    )
            Defendant.              )
_____)

**DEFENDANT'S MOTION FOR LEAVE TO FILE
UNDER SEAL DEFENDANT'S REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Defendant James Ryan moves for leave to file his reply to motion to dismiss under seal. The grounds for the motion are as follows:

1. By order of June 21, 2007, the Court granted defendant's motion to file his motion to dismiss and supporting papers under seal.

2. Defendant has filed, of even date herewith, his reply to plaintiff's opposition to the motion to dismiss.

WHEREFORE, defendant prays that his motion for leave to file under seal be granted. A form of order is attached.

Respectfully submitted,

_____/s/_____
Charles B. Wayne (# 935858)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2007, a copy of Defendant's Motion for Leave to File Under Seal and proposed order were served by first-class mail on Maureen Santini, 5810 Ipswich Road, Bethesda, MD 20814.

/s/
Charles B. Wayne

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MAUREEN SANTINI,                    )
                                    )
            Plaintiff,              )
                                    )
     v.                             )   Civil Action No. 07-981 (RBW)
                                    )
JAMES RYAN,                         )
                                    )
            Defendant.              )
_____)


**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is given that a Sealed Attachment was filed in paper format with the Court.

This document is not available for public viewing.


                                        _____/s/_____
                                        Charles B. Wayne (# 935858)
                                        DLA PIPER US LLP
                                        1200 Nineteenth Street, N.W.
                                        Washington, D.C. 20036
                                        (202) 861-3900
                                        (202) 223-2085 (fax)

July 16, 2007                           *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MAUREEN SANTINI,                    )
                                    )
       Plaintiff,              )
                                    )
  v.                               )   Civil Action No. 07-981 (RBW)
                                    )
JAMES RYAN,                         )
                                    )
       Defendant.              )
_____)

## **ORDER**

    Upon consideration of defendant's motion for leave to file defendant's reply to plaintiff's opposition to motion to dismiss under seal, it is hereby

    ORDERED that the motion is granted, and it is further

    ORDERED that defendant's reply to plaintiff's opposition to motion to dismiss shall be filed under seal.

    This ____ day of _____, 2007.

 
                                                                                                      _____
                                                                                                            Reggie B. Walton
                                                                                                            United States District Judge

Copies to:

Maureen Santini
5810 Ipswich Road
Bethesda, MD  20814

Charles B. Wayne
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C.  20036